## The Globe Association, Plaintiff in Error, v. Fannie F. Brega, Defendant in Error.

### Gen. No. 19,468.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the October term, 1913. Reversed and remanded. Opinion filed December 21, 1914. Rehearing denied January 4, 1915.

### Statement of the Case.

Suit by The Globe Association, a corporation, against Fannie F. Brega to recover sums expended in heating certain premises, due to the defendant's failure and refusal to furnish heat, when the plaintiff's lease required that the defendant lessor should furnish "steam heat when necessary, from October 1 to April 30, for ten hours *per diem.*" From a judgment for the defendant, plaintiff brings error.

CHARLES DANIELS, for plaintiff in error.

GEORGE W. WILBUR, for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. LANDLORD AND TENANT, § 192*—*what remedy is available where lessor fails to heat premises.* If a lessor fails to furnish heat as stipulated in a lease, the tenant may recoup the cost from the rent or sue upon the covenant.

2. LANDLORD AND TENANT, § 192*—*what may be shown in action for failure to furnish heat.* In an action to recover sums expended by a lessee in heating leased premises, due to the lessor's failure to furnish heat, the plaintiff is entitled to prove the failure to furnish heat, and testimony as to temperature is admissible.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.